THE HONORABLE RICARDO S. MARTINEZ

1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

8

| | |
|---|---|
| IHOR LEVYTSKY, | Civil Action No. 2:24-cv-00396-RSM |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO VACATE INITIAL CASE DEADLINES** |
| v. | |
| MEDITERRANEAN SHIPPING CO., MSC SHIPMANAGEMENT, LTD., BALTIC EAST SHIPPING, LTD., and M/V MSC SHRISTI (IMO 9293442), *in rem*, | NOTE ON MOTION CALENDAR: JULY 1, 2024 |
| Defendants. | |

16

**STIPULATED MOTION**

Plaintiff Ihor Levytsky ("Plaintiff") and, making Limited Appearance, Defendants Mediterranean Shipping Company Limited (erroneously sued as Mediterranean Shipping Co.), MSC Shipmanagement, Ltd., Baltic East Shipping, Ltd., and *in rem* Defendant vessel M/V MSC SHRISTI (IMO number 9293442) ("Defendants" and, jointly with Plaintiff the "Parties"), by and through their respective counsel, hereby stipulate to and jointly request that the Court enter the subjoined Order vacating the initial case deadlines as set by this Court's Order of May 2, 2024 pending the Court's decision on Defendants' Motion to Dismiss Complaint ("Motion to Dismiss"). Dkt. 6. In support of this request, the Parties state as follows:

1.     On April 15, 2024, Defendants entered a Notice of Limited Appearance. Dkt. 5. Defendants enter into this Stipulation subject to, and without prejudicing, their Limited

STIPULATED MOTION AND ORDER TO VACATE
INITIAL CASE DEADLINES
(2:24-cv-00396-RSM) - 1

COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 502 4251

Appearance and without waiver of any claims, defenses, or challenges to jurisdiction, particular to this Court's personal jurisdiction over Defendants and the adequacy of Plaintiff's Process or Service of Process.

2.      On May 21, 2024, Defendants filed a Motion to Dismiss pursuant, in part, to Federal Rules of Civil Procedure ("FRCP") 12(b)(2),(4), (5), and the doctrine of Forum Non Conviens. Dkt. 6.

3.      On June 11, 2024, Plaintiff filed his Opposition to Defendants' Motion to Dismiss. Dkt. 12.

4.      On June 18, 2024, Defendants filed their Reply to Plaintiff's Opposition.  Dkt. 14.

5.      At this time, Defendants' Motion to Dismiss is now fully before this Court for its consideration.

6.      This Court set certain initial case deadlines by Order of May 2, 2024 which may require the Parties to take actions prior to this Court's ruling on Defendants' pending Motion to Dismiss, including an FRCP 26(f) Conference deadline set for July 8, 2024, an Initial Disclosure Deadline of July 15, 2024, and a Joint Status Report filing deadline of July 22, 2024.  This Court's ruling on the Motion to Dismiss will impact whether and how the Parties respond to these deadlines. The Parties therefore agree that it will serve judicial economy and avoid unnecessary cost if these deadlines are stayed  pending the Court's decision on Defendants' Motion to Dismiss.

7.      The Parties hereby stipulate and respectfully request that this Court vacate the schedule set by the Order of May 2, 2024 and revisit such schedule  if necessary once it has ruled on Defendants' pending Motion to Dismiss.

IT IS HEREBY STIPULATED this 1st Day of July 2024.

STIPULATED MOTION AND ORDER TO VACATE
INITIAL CASE DEADLINES
(2:24-cv-00396-RSM) - 2

COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 502 4251

DATED this 1st day of July, 2024

COLLIER WALSH NAKAZAWA LLP

DATED this 1st day of July, 2024

MARINER LAW, PLLC

 s/ Anusha Pillay
Barbara L. Holland, WSBA #11852
barbara.holland@cwn-law.com
Anusha Pillay, WSBA #52989
anusha.pillay@cwn-law.com
506 Second Avenue, Suite 2500
Seattle, Washington 98104
Phone (206) 502 4251
Fax (206) 502 4253

Attorneys for Defendants

 s/ Adam E. Deitz (via email authorization)
Adam E. Deitz, WSBA #55965
adam@marinerlaw.com
406 South 1st Street #300
Mount Vernon, WA 98273
Telephone: (360) 399-2788
Fax: (360) 395-3332

Attorneys for Plaintiff

*I certify that this memorandum contains*
*398 words in compliance with the Local Civil Rules.*

STIPULATED MOTION AND ORDER TO VACATE
INITIAL CASE DEADLINES
(2:24-cv-00396-RSM) - 3

COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 502 4251

1

## ORDER

2          The Court, having reviewed the foregoing stipulated motion by the Parties, and being fully

3   advised in the premises herein, it is hereby ORDERED, ADJUDGED and DECREED as follows:

4   The initial case deadlines as set by this Court's order of May 2, 2024 are hereby vacated and will
    be re-evaluated upon this Court's decision on Defendants' pending Motion to Dismiss
5   Complaint.

6          DATED this 2nd day of July, 2024.

7

8

9   _____
    RICARDO S. MARTINEZ
10  UNITED STATES DISTRICT JUDGE

11

12

13  Presented by:

14

15  COLLIER WALSH NAKAZAWA LLP

16

17   s/ Anusha Pillay
    _____
    Barbara L. Holland, WSBA #11852
18  barbara.holland@cwn-law.com
    Anusha Pillay, WSBA #52989
19  anusha.pillay@cwn-law.com
    506 Second Avenue, Suite 2500
20  Seattle, Washington 98104
    Phone (206) 502 4251
21  Fax (206) 502 4253

22
    Attorneys for Defendants
23

24

25

26

27

1

2

MARINER LAW, PLLC

3

4

 s/ Adam E. Deitz (via email authorization)

5

Adam E. Deitz, WSBA #55965

adam@marinerlaw.com

6

406 South 1st Street #300

Mount Vernon, WA 98273

7

Telephone: (360) 399-2788

Fax: (360) 395-3332

8

9

Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER TO VACATE
INITIAL CASE DEADLINES
(2:24-cv-00396-RSM) - 5

COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 502 4251